# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| E103 | F5307993 | LARNED | 6698 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 02/05/2023  1350 | 36 CFR 261.54(d) |

Place of Offense: Salmon La Sac SNOPARK

Offense Description/Factual Basis for Charge   HAZMAT ☐

operating vehicle in violation of State law on a NF System Rd. No visible, valid SnoPark permit.

### DEFENDANT INFORMATION

Last Name: AMERICAN ~~EAV HOLDING~~ ELECTRICAL INC

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| C49210X | WA | 2021 | Chev Silverado | | BLK |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT → www.cvb.uscourts.gov
$ 130 — Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Yakima-Federal Court House, 25 so. 3rd ST, Yakima, WA 98901
Date: 3/17/2023
Time: 1100

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*F5307993*   FS-5300-4 (1/2020)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 05, 2023 while exercising my duties as a law enforcement officer in the eastern District of Washington

Please see attached.

The foregoing statement is based upon:
☑ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/05/2023   Peter Larned
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle;
CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident